Northern Trust Company, Trustee Under the Will of Daniel Burkhartsmeier, Deceased and Harry Manaster and Brother, Appellees, v. Edward L. Watson, Appellant.

Gen. No. 41,478.

opinion filed April 23, 1941. Albert H. Krusemark, for appellant; Albert H. Krusemark, Jr., of counsel; Campbell, Clithero & Fischer, for appellees. Opinion by JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''